1 BENJAMIN B. WAGNER
United States Attorney
2 MARK E. CULLERS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 3721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00169 LJO
12 | Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT JOHN DOE AKA JOSE LUIS PEREZ**
13 | v. |
14 | JOHN DOE aka Jose Luis Perez, |
15 | Defendant. |

16

17 For the reason set forth in the motion to dismiss filed by the United States, the Indictment against

18 defendant **JOHN DOE aka Jose Luis Perez** is hereby DISMISSED and any outstanding arrest warrant

19 is recalled.

20
IT IS SO ORDERED.
21
Dated:   **July 11, 2014**              **/s/ Lawrence J. O'Neill**
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1